UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                              Plaintiff,<br><br>v.<br><br>SALVADOR LINARES; NOEMI LINARES; MARIA ALICIA PADILLA; JORGE PEDRAZA; and DOES 1–10,<br><br>                              Defendants. | Case No.: 19-CV-1061 JLS (BLM)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 25) |

Presently before the Court is Plaintiff Chris Langer's Amended Application for Default Judgment by Court Against Salavdor Linares, Noemi Linares and Jorge Pedraza (ECF No. 25). The Court **VACATES** the hearing set for October 15, 2020, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: October 8, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge